IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTORIA MCARTHUR,

    Plaintiff,

v.                                             CASE NO. 1:12-cv-00245-MP-GRJ

DOVETREE PRODUCTIONS, INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on plaintiff's motion to change venue. (Doc. 4). Plaintiff moves the Court to change venue from the Gainesville Division of the Northern District of Florida to the Tallahassee Division of the Northern District of Florida and states that the Gainesville Division was inadvertently selected by mistake when opening the case using the electronic filing system. Venue is proper in the Tallahassee Division pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in Tallahassee, Florida.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Plaintiff's motion to change venue (doc. 4) is GRANTED and the Clerk is directed to transfer this case to the Tallahassee Division of the Northern District of Florida.

**DONE AND ORDERED** this *26th* day of October, 2012

                                          *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge